Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: 907-563-8844
Fax: 907-563-7322

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRESHRAIN, LLC, AMERICA'S FRESH WATER, LLC and REFRESHED-AIR, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS J. JOHNSON, Individually and as the Sole or Majority Shareholder of ALPHA/OMEGA ENVIRONMENTAL, INC., a Colorado Corporation and as the Sole or Majority Member of DWAP, LLC, a Colorado Limited Liability Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:12-cv-_____-___ |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Dennis J. Johnson, individually and as the sole or majority shareholder of the former entity Alpha/Omega Environmental, Inc., and as the sole or majority member of the former entity DWAP, LLC, pursuant to 28 U.S.C. § 1441, hereby removes to this Court the state action described below.

{00400335 }

On July 9, 2012, an action was commenced in the Third Judicial District for the State of Alaska, entitled FreshRain, LLC, America's Fresh Water, LLC and Refreshed-Air, LLC, Plaintiffs, vs. Dennis J. Johnson, individually and as the sole or majority shareholder of Alpha/Omega Environmental, Inc., and as the sole or majority member of DWAP, LLC, Defendant, Case No. 3AN-12-08331 CI. This Notice is timely pursuant to 28 U.S.C. § 1446(b), which provides that a Notice of Removal be filed within 30 days after a defendant receives, by service or otherwise, the initial pleading. On or about July 23, 2012, plaintiff served a complaint on defendant via personal service on Daniel Usiak. Therefore, this Notice of Removal is timely.

A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A."

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of costs, as evidenced by the value of the contractual rights and the monetary damages for which plaintiffs pray. The May 27, 2011 Exclusive Permit Agreement between Alpha/Omega Environmental, Inc. and Refreshed-Air, LLC [Compl. ¶ 8(a); Ex. 3 to Compl.], involved consideration that exchanged exclusive rights to technology for $1,000,000, with a payment of $50,000 made on May 28, 2011. The May 27, 2011 Exclusive Permit Agreement between Alpha/Omega Environmental, Inc. and America's

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Freshwater, LLC [Compl. ¶ 8(b); Ex. 4 to Compl.], involved consideration that exchanged exclusive rights to technology for $5,000,000, with a payment of $100,000 made on or before June 1, 2011. The September 30, 2009 Exclusive Permit Agreement between Alpha/Omega Environmental, Inc. and Fresh Rain, LLC [Compl. ¶ 8(c); Ex. 5 to Compl.], involved consideration that exchanged exclusive rights to technology for $500,000, with a payment of $50,000 made prior to September 20, 2009.

Defendant is informed and believes that plaintiffs, FreshRain, LLC, America's Fresh Water, LLC, and Refreshed-Air, LLC were, and still are, limited liability companies formed under the laws of the State of Alaska, and their principal place of business is in the State of Alaska. Defendant, Dennis J. Johnson, individually and as the sole or majority shareholder of the former entity Alpha/Omega Environmental, Inc., and as the sole or majority member of the former entity DWAP, LLC, was, at the time of this filing, and still is, a citizen of Colorado, and is the only defendant that has been served a summons and complaint in this action. Alpha/Omega Environmental, Inc. was, until March 9, 2012, a corporation incorporated under the laws of the State of Colorado, and its principal place of business was in the State of Colorado. DWAP, LLC, was, until March 9, 2012, a limited liability company formed under the laws of the State of Colorado, and its principal place of business was in the State of Colorado.

WHEREFORE, defendant Dennis J. Johnson, individually and as the sole or majority shareholder of the former entity Alpha/Omega Environmental, Inc., and as the

FRESHRAIN, LLC, ET AL. V. JOHNSON
CASE NO. 3:12-CV-_____-____
Case 3:12-cv-00162-RRB　　Document 1　　Filed 08/08/12　　Page 3 of 4

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

sole or majority member of the former entity DWAP, LLC, prays that this action be removed to the United States District Court for the District of Alaska.

DATED at Anchorage, Alaska this 7th day of August, 2012.

JERMAIN DUNNAGAN & OWENS, P.C.

By: *s/ Matthew Singer*
Matthew Singer
Alaska Bar No. 9911072
msinger@jdolaw.com
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: 907-563-8844
Fax: 907-563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2012, a true and correct copy of the foregoing was served by mail, postage pre-paid on:

William D. Artus
629 L Street, Suite 104
Anchorage, AK 99501

Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

NOTICE OF REMOVAL
FRESHRAIN, LLC, ET AL. V. JOHNSON
CASE NO. 3:12-CV-_____-____
PAGE 4

Case 3:12-cv-00162-RRB   Document 1   Filed 08/08/12   Page 4 of 4