William D. Artus
629 L Street, Suite 104
Anchorage, Alaska   99501
Telephone: (907) 277-9918
Telefax: (907) 279-9918
Email: artuslaw@alaska.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRESHRAIN, LLC, AMERICA'S FRESH WATER, LLC and REFRESHED-AIR, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DENNIS J. JOHNSON, individually and as the Sole or Majority Shareholder of ALPHA/OMEGA ENVIRONMENTAL, INC., a Colorado Corporation, and as the Sole or Majority Member of DWAP, LLC, a Colorado Limited Liability Company, <br><br> Defendants. | Case No. 3:12-CV-00162-RRB |

**SIXTH STATUS REPORT**

The Court is advised that the parties are continuing their efforts to complete a settlement of the pending arbitration case that has been stayed pending execution of final settlement documents.  Plaintiffs are in the process of obtaining the funds required to complete the settlement.  The parties have not asked the arbitrator to lift the stay and schedule the arbitration hearing/trial. The Court is requested to order a further status report by September 30, 2014.  If the settlement has not been

completed by that date the parties anticipated that the Colorado arbitration case will go forward.

DATED at Anchorage, Alaska on June 14, 2014.

/s/ William D. Artus
William D. Artus
Attorney for Plaintiffs
629 L Street, Suite 104
Anchorage, Alaska   99501
Telephone: (907) 277-9918
Telefax: (907) 279-9918
ABA No. 7410059
Email: artuslaw@alaska.com


Jermain, Dunnagan & Owens, P.C.
Attorneys for Defendant

By /s/Matthew Singer
3000 A Street, Suite 300
Anchorage, Alaska 99503
Telephone: (907) 563-8844
Telefax: (907) 563-7322
ABA No. 9911072
Email: msinger@jdolaw.com