IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRESHRAIN, LLC; AMERICA'S FRESH WATER, LLC; and REFRESHED-AIR, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS J. JOHNSON, individually and as the Sole or Majority Shareholder of ALPHA/OMEGA ENVIRONMENTAL, INC., a Colorado Corporation, and as the Sole or Majority Member of DWAP, LLC, a Colorado Limited Liability Company,<br><br>Defendants. | Case No. 3:12-cv-00162-RRB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Upon consideration of the Motion for Order Dismissing Case Without Prejudice filed by plaintiffs, and noting no opposition to the motion, the motion is GRANTED.

IT IS HEREBY ORDERED that this matter is DISMISSED WITHOUT PREJUDICE, the parties to bear their own respective costs and attorney fees, if any.

IT IS FURTHER ORDERED that pending motions, if any, are DENIED, and pending deadlines and filing requirements, if any, are VACATED.

IT IS SO ORDERED this 10th day of April, 2019, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge